IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| COMMISSIONING SOLUTIONS, GLOBAL, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 10-249C (Judge Damich) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR SCHEDULING
ORDER AND WAIVER OF REQUIREMENT OF FILING OF AN ANSWER**

Defendant, the United States, respectfully requests that, in lieu of requiring the

Government to file an answer pursuant to Rule 12(a)(1)(A) of the Rules of this Court ("RCFC"),[1]

the Court adopt the following schedule for further proceedings:

1)   Defendant will file the administrative record on or before June 10, 2010.

2)   Plaintiff will file its motion for judgment upon the administrative record on or before July 8, 2010.

3)   Defendant will file its partial motion to dismiss and cross-motion for judgment upon the administrative record on or before August 5, 2010.

4)   Plaintiff will file is response to defendant's partial motion to dismiss and cross-motion for judgment upon the administrative record, and reply in support of its own motion for judgment upon the administrative record on or before August 19, 2010.

5)   Defendant will file its reply in support of its partial motion to dismiss and cross-motion for judgment upon the administrative record on or before September 2, 2010.

Plaintiff's counsel has represented that plaintiff does not oppose this motion.

---

[1]   The answer is currently due on June 18, 2010.

The complaint of plaintiff, Commissioning Solutions Global, LLC ("CommSol"), raises solely bid protest claims pursuant to 28 U.S.C. § 1491(b).  Typically, in a bid protest, the Government does not file an answer to the complaint.  As this Court explained in Infrastructure Defense Technologies, LLC v. United States, in a bid protest, the "administrative record comprises the metes and bounds predicate to the court's resolution of the merits of these protest." 81 Fed. Cl. 375, 402 (2008); see also 28 U.S.C. § 1491(b)(4); Axiom Res. Mgmt, Inc. v. United States, 564 F.3d 1374 (Fed. Cir. 2009).  Accordingly, in a bid protest, "no purpose is served in requiring that answers be filed to plaintiff's complaints."  Infrastructure Defense, 81 Fed. Cl. at 402.  Therefore, adopting our proposed scheduling order and waiving the requirement that the Government file an answer will help "secure the just, speedy and inexpensive determination" this bid protest.  RCFC 1.

For these reasons, we respectfully request that the Court grant our motion for waiver of the requirement of filing an answer, and adopt the schedule proposed in this motion.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JEANNE E. DAVIDSON
Director


/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director



/s/ William P. Rayel
WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
        8th Floor
1100 L Street, N.W.
Washington, D.C.  20530
Telephone: (202) 616-0302
Facsimile: (202) 307-0972

June 7, 2010                    Attorneys for Defendant