# In the United States Court of Federal Claims

No. 10-249C
(Filed: June 8, 2010)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| **COMMISSIONING SOLUTIONS GLOBAL, LLC** | \* |
| Plaintiff, | \* |
| v. | \* |
| **THE UNITED STATES,** | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCHEDULING ORDER

In lieu of Defendant's filing of an answer in this matter, the Court hereby orders the following schedule for further proceedings, pursuant to Defendant's unopposed motion of June 7, 2010:

1)  Defendant shall file the administrative record on **June 10, 2010**.   The Court requests a courtesy, paper copy of the administrative record to be mailed or delivered to chambers concurrent with the electronic filing of the record.

2)  Plaintiff shall file its motion for judgment upon the administrative record on **July 8, 2010**.

3)  Defendant shall file its partial motion to dismiss and cross-motion for judgment upon the administrative record on **August 5, 2010**.

4)  Plaintiff shall file its response to Defendant's partial motion to dismiss and cross-motion for judgment upon the administrative record and its reply in support of its own motion for judgment upon the administrative record, on **August 19, 2010**.

5)  Defendant shall file its reply in support of its partial motion to dismiss and cross-motion for judgment upon the administrative record on **September 2, 2010**.

 s/ Edward J. Damich
 EDWARD J. DAMICH
 Judge