IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| COMMISSIONING SOLUTIONS, GLOBAL, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. ) | No. 10-249C<br>(Judge Damich) |

### **DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims and the Court's June 8, 2010 order, defendant provides this notice that it is filing the administrative record of the proceedings regarding plaintiff's protest, under seal, on CD-ROM.[1]

---

[1] We note that, at this time, we are unable to serve the record upon plaintiff's counsel. Plaintiff's counsel has not yet filed an application for admission to the protective order pursuant to paragraph four of the protective order. After plaintiff's counsel is admitted to the protective order (either two business days after filing his application or by Court order), the Government will send him a copy of the administrative record by overnight delivery.

                                          Respectfully submitted,

                                          TONY WEST
                                          Assistant Attorney General

                                          JEANNE E. DAVIDSON
                                          Director


                                           /s/ Kirk Manhardt
                                          KIRK MANHARDT
                                          Assistant Director


                                           /s/ William P. Rayel
                                          WILLIAM P. RAYEL
                                          Trial Attorney
                                          Commercial Litigation Branch
                                          Civil Division
                                          Department of Justice
                                          Attn: Classification Unit
                                                    8th Floor
                                          1100 L Street, N.W.
                                          Washington, D.C.  20530
                                          Telephone: (202) 616-0302
                                          Facsimile: (202) 307-0972

June 10, 2010                                Attorneys for Defendant